[relates to Docket Item No. 7]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORDELIA YOCHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS,<br>CORPORATION,<br><br>    Defendant. | HON. JEROME B. SIMANDLE<br><br>Civil No.  07-1810 (JBS)<br><br>**ORDER** |

This matter having come before the Court upon Plaintiff's motion to remand; and the Court having considered the parties' submissions in support thereof and opposition thereto; and for the reasons stated in the Opinion of today's date; and for good cause shown;

**IT IS** this   **13th**   day of **August, 2007** hereby

**ORDERED** that the motion of Plaintiffs to remand [Docket Item No. 7] shall be, and hereby is, **DENIED**.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge